IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,

    Plaintiff,

v.

INSULVAIL, LLC, and
FIRE SPRINKLER SERVICES, INC.,

    Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION TO DESIGNATE A RESPONSIBLE NON-PARTY OUT OF TIME
_____

    On August 31, 2012, Defendant InsulVail filed a motion to designate a responsible non-party out of time [34] which was joined by Defendant Fire Sprinkler Services, Inc., on September 11, 2012, [35]. The plaintiff filed an opposition and the Defendant InsulVail a reply. Upon review of these pleadings, it is

    ORDERED that the motion is denied.

    Dated: October 5th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge