IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00421-RPM-MEH

MID-CENTURY INSURANCE COMPANY, a California corporation, a/s/o The Charter at Beaver Creek Condominium Association,

      Plaintiffs,
vs.

INSULVAIL, LLC, a Colorado limited liability company, and
FIRE SPRINKLER SERVICES, INC., a Colorado corporation,

      Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO AMEND THE CASE MANAGEMENT ORDER(S)**
_____

THIS MATTER COMING before the Court upon the Stipulated Motion To Amend the Case Management Order(s) [55], filed December 10, 2012, it is

ORDERED that the motion is granted. The deposition discovery cutoff date is extended to and including March 15, 2013, and the date for filing dispositive motions is extended to and including April 15, 2013.

DATED: December 11th, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge