IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,

    Plaintiff,
v.

INSULVAIL, LLC, and
FIRE SPRINKLER SERVICES, INC.,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **May 14, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 9, 2013.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

Dated: March 22nd, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge