IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,

    Plaintiff,

v.

INSULVAIL, LLC, and
FIRE SPRINKLER SERVICES, INC.,

    Defendants.
_____

ORDER DENYING INSULVAIL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

    Upon consideration of the Defendant Insulvail, LLC's motion for partial summary judgment, filed September 25, 2012, seeking a determination that a limitation of liability provision in the terms and conditions of its work proposal, taken as a contract, is enforceable in this action and upon review of the papers filed in support and opposition of that motion, it is

    ORDERED that the motion is denied, the issue will be decided at trial.

    Dated: March 22nd, 2013

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                   Richard P. Matsch, Senior District Judge