**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: July 25, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Jennifer Hawkins

_____

Civil Action No. 12-cv-00421-RPM-MEH

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, a California corporation, a/s/o The Charter at Beaver Creek Condominium Association, | Thomas M. Dunford |
| Plaintiff, | |
| v. | |
| INSULVAIL, LLC, a Colorado limited liability company, and FIRE SPRINKLER SERVICES, INC., a Colorado corporation, | James R. Waltz Richard A. Waltz Robert B. Hinckley, Jr. Gale R. Monahan |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**11:00 a.m.**      **Court in session.**

Defendants' client representative Richard Rogers (Insulvail) present.

Court's preliminary remarks and states its understanding of the case.

Argument by Mr. Dunford [67].

**ORDERED:**   **Defendant Insulvail's Motion for Summary Judgment on Plaintiff's Claims for Relief [67], is granted.**

**Judgment shall be entered for defendant Insulvail with an award for costs.**

Argument by Mr. Hinckley [69] ( [70] FSS Joinder).

**ORDERED:**   **Defendant Insulvail's Motion for Dismissal of Claims or an Adverse Inference for Spoliation of Evidence Re: Installation of Insulation [69], is denied.**

**One week jury trial set January 13, 2014.**

**11:22 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 22 min.