IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,

    Plaintiff,

v.

INSULVAIL, LLC and
FIRE SPRINKLER SERVICES, INC.,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to the Order Granting Insulvail's Motion for Summary Judgment, entered July 26, 2013, it is

    ORDERED that Defendant Insulvail, LLC's Motion for Summary Judgment is granted.  It is

    FURTHER ORDERED that defendant Insulvail, LLC shall have its costs by the filing of a bill of costs with the Clerk of this court within 14 days of entry of judgment.  It is

    FURTHER ORDERED that the Complaint and this civil action are dismissed as to defendant Insulvail, LLC.

    DATED: July 26, 2013

                                FOR THE COURT:
                                Jeffrey P. Colwell, Clerk

                                  s/J. Chris Smith
                              By _____
                                  Deputy Clerk