IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,

    Plaintiff,

v.

FIRE SPRINKLER SERVICES, INC.,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary



    Defendant's motion to vacate the January 13, 2014, trial date is granted.  The trial to jury is **rescheduled for February 24, 2014, at 8:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


    The pretrial conference is **rescheduled for February 7, 2014 at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed Final Pretrial Order must be delivered in paper form directly to chambers on or before **4:00 p.m. on January 30, 2014.**


DATED: August 2, 2013