IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,

      Plaintiff,

v.

FIRE SPRINKLER SERVICES, INC.,

      Defendant.

_____

ORDER OF DISMISSAL
_____

After review of plaintiff Mid-Century Insurance Company and defendant Fire Sprinkler Services,

Inc.'s Stipulated Motion to Dismiss All Claims Against Fire Sprinkler Services with Prejudice, filed

September 13, 2013 [87], it is

ORDERED that the motion is granted and all claims asserted by Mid-Century insurance

Company against Fire Sprinkler Services, Inc. are dismissed with prejudice and each party to pay its own

attorneys' fees and costs.

Dated:   September 16th , 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge