IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00421-RPM

MID-CENTURY INSURANCE COMPANY,
a/s/o, The Charter at Beaver Creek Condominium Assoc.,
Plaintiff,

v.

INSULVAIL, LLC, and
FIRE SPRINKLER SERVICES, INC.,

     Defendants.

_____

ORDER STAYING EXECUTION OF JUDGMENT PENDING APPEAL
_____

     Upon review of the application of Plaintiff Mid-Century Insurance Company, pursuant to Fed. R. Civ. P. 62(b), for stay pending appeal from the July 26, 2013 Judgment and August 16, 2013 Order in favor of Defendant [95] it is

     ORDERED, that the supersedeas bond is approved and the aforesaid Judgment is hereby stayed pending the outcome of Plaintiff's appeal to the 10th Circuit Court of Appeals.

     DATED: November 18, 2013

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge